STATE of Missouri, Respondent,

v.

Virgilio E. GARCELL, Appellant.

No. WD 49889.

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Mr. Garcell appeals from his conviction, by a jury, of the sale of a controlled substance, § 195.211, RSMo 1994, and his sentence of fifteen years imprisonment as a prior and persistent offender, §§ 558.016, 558.019 and 557.036.4, RSMo 1994. Affirmed. Rule 30.25(b).

■

Catherine Lynn THOMAS,
Jr., Respondent,

v.

Clarence Robert THOMAS, Appellant.

No. WD 50513.

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

James Patrick Moroney, Kansas City, for appellant.

Michael Curley, Moscow, Ida., for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Clarence Robert Thomas appeals the decree of dissolution entered by the circuit court on December 8, 1994. He complains of the circuit court's distribution of property and its awarding his former wife $2500 in attorney fees. We affirm. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. Rule 84.16(b). We have issued a memorandum to the parties explaining our ruling.